# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY W. PALMER                                    Case Number: 08-70706
7814 CADET ROAD                  SSN-xxx-xx-4525
MACHESNEY PARK, IL  61115

                                                Case filed on:    3/11/2008
                                             Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $336.54        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 313.32 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 313.32 | 0.00 |
| 003 | RBC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SUNRISE CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY W. PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE | 6,206.01 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,206.01 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 5,674.54 | 5,674.54 | 0.00 | 0.00 |
| 005 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 3,058.14 | 3,058.14 | 0.00 | 0.00 |
| 007 | COMED CO | 416.39 | 416.39 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 90.37 | 90.37 | 0.00 | 0.00 |
| 009 | NICOR GAS | 980.20 | 980.20 | 0.00 | 0.00 |
| 010 | T-MOBILE | 280.04 | 280.04 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 233.55 | 233.55 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 725.54 | 725.54 | 0.00 | 0.00 |
| 014 | AFNI/MCI | 207.16 | 207.16 | 0.00 | 0.00 |
|  | Total Unsecured | 11,665.93 | 11,665.93 | 0.00 | 0.00 |
|  | Grand Total: | 19,871.94 | 13,665.93 | 313.32 | 0.00 |

Total Paid Claimant:       $313.32
Trustee Allowance:          $23.22          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00       discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008            By   /s/Heather M. Fagan